Jeffrey Soos (js@saiber.com)
**SAIBER LLC**
One Gateway Center, 10th Floor
Newark, New Jersey 07102-5311
(973) 622-3333 (telephone)
(973) 622-2465 (facsimile)

Attorneys for Defendant
Accord Healthcare Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 13-7178 (SDW)(MCA) |
| v. | ) ) ) | **NOTICE OF APPEARANCE** <br> **OF JEFFREY SOOS** |
| ACCORD HEALTHCARE INC., | ) ) | |
| Defendant. | ) ) | *DOCUMENT ELECTRONICALLY FILED* |

**PLEASE TAKE NOTICE** that Defendant Accord Healthcare Inc. ("Accord") is represented by the firm of Saiber LLC in the above matter. Jeffrey Soos, Esq. hereby enters his appearance as "lead attorney to be noticed" on behalf of Accord. Accordingly, Accord respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Jeffrey Soos (js@saiber.com).

                                            Respectfully submitted,

                                            **SAIBER LLC**

                                            By:    s/ Jeffrey Soos
                                            Jeffrey Soos (js@saiber.com)
                                            One Gateway Center
                                            10th Floor, Suite 1000
                                            Newark, New Jersey 07102-5311
Dated:  January 15, 2014              (973) 622-3333

00912706.DOC